IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUSSELL HILLIARD, et al, | ) | Case Number:   8:06CV285 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | REASSIGNMENT ORDER |
| | ) | |
| CREDIT SUISSE FIRST BOSTON, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's office has been advised that the plaintiffs do not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and  to Magistrate Judge F A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 2nd day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court