## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RUSSELL HILLIARD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:06CV285** |
| vs. | ) | |
| | ) | **ORDER** |
| **CREDIT SUISSE FIRST BOSTON** | ) | |
| **LLC (now known as Credit Suisse** | ) | |
| **Securities (USA) LLC),** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court on the Motion for Enlargement of Time filed by Defendant Credit Suisse First Boston LLC, now known as Credit Suisse Securities (USA) LLC. For good cause shown,

**IT IS ORDERED** that the motion (Filing 22) is granted. The parties shall file their Rule 26(f) planning report within **ten (10) business days** after the district court rules on Credit Suisse's Motion to Dismiss, Transfer or Stay (Filing 19).

**DATED May 31, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**