IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RUSSELL HILLIARD, ELIZABETH HILLIARD, STUART GILBERTSON, KARYN HILLIARD and KARYN HILLIARD REVOCABLE TRUST,** ) ) ) ) ) | **CASE NO. 8:06CV285** |
| **Plaintiffs,** ) ) | **ORDER** |
| vs. ) ) | |
| **CREDIT SUISSE FIRST BOSTON LLC, n/k/a CREDIT SUISSE SECURITIES (USA) LLC,** ) ) ) ) | |
| **Defendant.** ) | |

This matter comes before the Court on the unopposed Motion for Enlargement of Time filed by Defendant Credit Suisse First Boston LLC, now known as Credit Suisse Securities (USA) LLC. Upon review of the motion and being fully advised in the premises,

IT IS ORDERED:

1. The Motion for Enlargement of Time (Filing No. 27) is granted; and

2. Defendant Credit Suisse First Boston LLC shall file a reply in support of its Motion to Dismiss, Transfer, or Stay and to respond to Plaintiffs' Motion to Compel Arbitration on or before Monday, June 19, 2006.

DATED this 7th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge