# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RUSSELL HILLIARD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:06CV285** |
| **vs.** ) | |
| ) | **ORDER** |
| **CREDIT SUISSE FIRST BOSTON LLC,** ) | |
| ) | |
| **Defendant.** ) | |

This case was removed to federal court on March 24, 2006.  Defendant has filed an unopposed motion for leave to file an amended notice of removal [32].  The proposed amendment adds specific facts which further explain the grounds for removal stated in the original removal notice, but does not add a new basis for removal jurisdiction.  Because such an amendment is permissible, *see McNerny v. Nebraska Public Power District*, 309 F. Supp. 2d 1109, 1115 (D. Neb. 2004), and upon the representation that there is no objection,

**IT IS ORDERED** that defendant's Motion [32] is granted.  Defendant shall file the amended notice of removal on or before **July 18, 2006.**

**DATED July 12, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge